UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CHRISTINA GRACIE (ALONZO),

           Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No.  19-cv-01916-RMI

**ORDER**

This court's prior award of fees (dkt. 31) is amended as follows. The Gerrard Law Office is awarded an attorney fees of $21,241.50 under the Social Security Act, 42 U.S.C. § 406(b), to be paid out of the auxiliaries' past-due benefits in accordance with agency policy, to the extent that such past-due benefits are available and not used to pay attorney fees under § 406(a). No further EAJA reimbursement is due.

**IT IS SO ORDERED.**

Dated: May 14, 2026

ROBERT M. ILLMAN
United States Magistrate Judge